May it please the Court. Good morning, Your Honors. My name is Elena Ziprin and I am the attorney for petitioners Elena Mikhailiouk-Chipur and her husband Gennady Chipur. Mr. and Mrs. Chipur, the petitioners legally entered the United States and timely filed for asylum. Throughout the course of their immigration proceedings, there was no doubt and the record fully supports the conclusion that petitioners suffered outrageous acts of violence. In fact, in the immigration record, as reflected on the page 72, immigration judge Ho specifically states that what happened to the petitioners is outrageous. There's also no doubt that the Court explicitly found that the petitioners' testimony was credible. What is the fundamental question in this case is really whether petitioners have established that there is a basis for them to remain in this country based on a protected enumerated ground in our immigration laws. And we argue that there is. And there are two main issues that we ask the esteemed Court to consider. First, did the evidence, did the oral testimony, did the documents presented compel the conclusion that petitioners were members of a social group by virtue of which they could seek protection in the United States? And we urge the Court to find that they were members of a social group. The system in the Soviet, former Soviet Union is distinctly different than what we have in the United States. I myself am a refugee. I came here when I was five. And I do know the persecution that we ran from in order to seek protection in the United States. After the disintegration of the Soviet Union and the fall of communism, what quickly transpired in Russia was really a rule of law, of organized crime, of economic The State Department identifies numerous groups all over the country that specifically talk about how organized crime, what other experts have termed as mafiocracy, is the basic rule of law in Russia. There are reported killings of businesspersons, of people who attempt to carve out their own ideology of I want to be a Democrat, I want to have a free economy, I don't want to commit corruption, I don't want to be motivated by greed, I don't want to submit to my aggressors' demands that I introduce them to my business partners and they be murdered. I don't want to promote the system. How would we define this group? Would it be just rich people? I think that's the problem we're struggling with. It's not like, okay, you're Catholic, it's not like you belong to a group that, you know, a political group or something like that. There's a, you know, it's hard. How would we know who these people are then? I know that there's always some difficulty. This is a little trickier. Thank you, Your Honor. Yes, I agree. It is very tricky and I think the law in this case is always in a state of flux because there are new social groups that are defined every day, every month, every year. We have defined this social group as new entrepreneurs and it's not a new entrepreneur in the sense of what we see in America as, you know, I went to school, I did well and I'm a great business person and I'm a new entrepreneur. We're looking at it in the context of the government in the former Soviet Union. We're looking at it in the context as individuals who want to practice the free market, who want to practice open economy, who want to have negotiations, who don't want to submit to aggressors' demands. And I think when you look at a social group, it's inextricably intertwined with their political opinion. I do not support corruption. I will not proliferate your crimes. I will not do this. And as a basis and as the reason for not doing this, they are outrageously punished. They are murdered. They are killed. They are imprisoned. And most of them flee to seek protection from our government. This case appears to me to be strange because here we have some people from Russia who believe in the free enterprise system. And the free enterprise system is not a social system. It's a political system, political belief, just like in the Constitution. And to think that on the days of the death of Ronald Reagan, here we've got the federal government wanting to export people who believe in the capitalist system back to Russia. Absolutely, Your Honor. That is absolutely our argument. Reagan also. It's political. It's based on their political belief. How come you've made your own approach on social systems? Your Honor, we're sort of stuck with the record the way it was. There was an attorney, there was a judge. The trial judge or the immigration judge said that there was neither, it referred to not only to a social organization, but also to a political belief, political opinion. I'm sorry, you indicated that the immigrants You had a basis for arguing that before us. I did not represent the petitioners at the immigration court, at the asylum interview, or at the Board of Immigration Appeals. Where I did represent them was before the Ninth Circuit. We believe that there is a basis to make an argument that there is a I think your argument is, you know, entrepreneurs, that's, you know, that's not too catchy a phrase. But they are being persecuted because of their political opinions, as Judge Ferguson says, because, you know, they believe in the free enterprise system. I mean, that's what you're saying, right? Absolutely, Judge Ferguson. Absolutely. That is exactly what we're saying, that there is a political motivation, that there is a political opinion, that there is a political belief that is pouched Where are these State Department reports, where are they in the record? They, Your Honor, I just have my statement and a recent case, but they are introduced in the asylum application, which the petitioner submitted along with all of the other documentation of their beatings and their reports. Yes, Your Honor. They are in the record. Thank you, Your Honor. May it please the Court. My name is Isaac Campbell, and I represent the United States. Now, in this case, the petitioner's spouse failed to meet their burden to establish eligibility for asylum, and the central issue before this Court is whether substantial evidence requires this Court to grant asylum to petitioners. The petitioners have provided two arguments, and this Court has talked about a third, the political opinion, which was not really argued in the brief, and the respondent will address that, but we'll note first of all The immigration law judge says that the conduct, what happened to the petitioners was outrageous, but concluded that the persecution was not on account of, quote, nationality, religion, or political views. Yes. That issue of political views is before us. Okay, Your Honor. We would argue that this is, we would argue first that this is not a case in which petitioners are entitled to asylum based on membership in a particular social group, and we'd like to address that, but since this Court has addressed the political opinion issue, the government will address that issue first. The Court inquired about the State Department reports and where that would be found in the record. At page 356 of the administrative record in this case, the Court does address that, specifically addresses the issue of criminal groups in Russia and its relationship with legal basis for asylum. That's a State Department report. Yes, Your Honor. I believe that that is. And it talks about the fact that at page, at administrative record page How about the excerpts of record? I'm sorry, Your Honor? Excerpts that are filed with our Court. I'm not understanding, Your Honor. He's asking for a record cite to the excerpts of record. Oh, I'm not sure. In terms of the excerpts of record, I'm not sure what page that's on in the excerpts. Well, you may find it out and write it out in a little gum sheet and give it to the clerk. I certainly will, Your Honor.  But on that, I understand what you're asking now, Your Honor. Okay. On that page, and I will get the page with the excerpts, Your Honor, it talks about the fact that there have been rises in criminal groups in Russia. And it specifically says that Russians often refer to the mafia as if there was some overarching criminal organization in Russia. This is not the case. Most mafias are local gangs concentrating in a few areas of criminal or quasi-legal activities. It goes on to state that when it talks about the relationship with regards to legal basis for asylum, it goes on to state that it is unlikely that criminal groups would target individuals in order to punish them for their religious or political beliefs. For the most part, criminal groups target individuals based on target individuals believed to have or have control over financial assets. And it goes on to state that there are several groups beyond new entrepreneurs that are targeted because they believe to have money, but that this is independent of imputing to them some political opinion. And it talks about the fact that businessmen, small and large, are targeted, individuals who travel abroad, individuals who have relatives abroad and are thought to have access to foreign currency, people planning to emigrate and therefore believed to have cash in the sale of their privatized housing. And it goes through an exhaustive, well, I won't say an exhaustive, but it goes through a list of individuals that have been targeted based on what is believed to be their economic. But here they have these folks. They're engaged in business with China. And they get threats from what they term, you know, the mafia, organized crime. They report that to the authorities. The authorities don't do anything about it. Well, the State Department. They're driven out of business. Life is threatened. It appears or there's certainly evidence that the government is unwilling or unable to stop that kind of persecution or adverse activity. In response to that, Your Honor, I think there are three important issues in addressing the question that you raised. First, going back to the same issue addressing the State Department report, it speaks to that issue and it says that while with the change in the economic climate in Russia, there have been difficulties and that police have been overwhelmed, it does speak to the fact that government activities to combat the criminal groupings in situations like this has increased. The government is addressing this issue. Secondly, even with regard to the fact that there was this, the incidents that petitioners endured, the central question is whether it was on account of an enumerated ground. Petitioner claims that the new entrepreneurs are a social group. In looking at case law from this circuit, it would seem that they would not fall under a particular social group, which I will address. Secondly, regarding political opinion, if that is the second basis by which they want to claim that these issues happen on account of that protected ground, as the State Department report points out, these are local gangs. This is not the government and this is not necessarily an entity the government is unwilling or unable to control. The State Department report confirms that they are combating that issue. And secondly, that the incidents are not based upon their political opinion, but simply because these are individuals that have money. And the State Department report lays out a list of individuals who are targeted beyond just being in a particular social group. Turning to the membership in a particular social group, petitioners, this Court has ‑‑ they are business people, they never had a chance before, they have talent, and they believe that in the free enterprise system, they set up a little business and they start to prosper, and then they are threatened by these groups. They are almost like gorillas, and they go to the authorities, and the authorities just don't do anything about it. Why isn't that persecution on account of their political opinion? The capitalistic system is a political opinion, isn't it? It's a philosophy, and to some people, it's a religion, right? I think the ‑‑ In our state, religion is in the Constitution. I've heard a lot of law professors say that, believe them or not. Okay. Well, I guess from if you're, I think, co‑counsel stated, I mean, this case hasn't really come to the Court in that posture, has it? No, it hasn't. And we would argue a couple of things, and it's a three-tiered response I would give to your argument. At the first tier, despite the fact that the immigration judge has raised that issue, I would argue respectfully that because Petitioner has not addressed that issue in her brief, that it would not properly be before the Court. But secondly, addressing that on its merits, the merits of the argument, despite the fact that Petitioners may have suffered this issue, again, the central issue is whether or not it can be deemed that this is on their political opinion. The State Department report shows that individuals are being targeted not because of their political opinion, but because of access to wealth. And it lays out these groups of individuals beyond just new business people who are suffering, and may be argued they believe in this new capitalist system, but these are individuals who have been targeted because of their money. In looking at several cases at this Court where they have granted that economic persecution has been enough, even in the case that Petitioner provides to the Court today, these are all issues in which there was some finding of political opinion, but that is not the issue here as determined by what has been written, determined by the State Department. State Department. And this Court has said in Coslucas v. INS at 46F3902, country condition profiles developed by the State Department have found to be the most appropriate and perhaps the best resources for information on conditions in foreign nations. And looking at that, the State Department report shows that they have not been targeted because of their political opinion. I see my time is ending, so I will, in summation. One thing that is curious to me about the case, and the police involvement or the non-involvement of refusing to stop the beatings of these people by the Mafia, is the fact that they were trading Russian lumber for Chinese clothing. And what's the relationship between China and Russia? In terms of the relationship… Maybe because they were dealing with China rather than, say, France? I don't know that that is an issue here, and I would also argue that with respect to that, the State Department report shows that these are local gangs. This is not some overarching criminal structure that the government is unwilling or unable to control. And it also shows that while there has been some difficulty in the government responding, the government has allocated additional resources and are responding to that issue. But secondly, this is an issue in which even based on, and with the political opinion, I would argue, with respect to China, I don't think that is an issue. If you look at the Petitioner's own admission, first of all, the Petitioner and Petitioner's spouses admitted that this is an issue in which timber is important, but the issue is not political opinion, but a desire to eliminate competition. And while I will find that in the excerpts of record, that is that administrative record 143 to 144, 147 and 148, and that administrative record 504, where they admit that this is an issue where they are trying to take them out of competition, they also have admitted in the administrative record that these individuals have no interest in their politics. And that can be found in the administrative record at page 148. And the Petitioner also makes the same admission that these individuals have no interest in their political opinion, and that is at page administrative record, I believe, 114. Yes, at 114. With regard to the social group, that is contrary to the case law that Petitioners have, that this circuit has put forward. And I see that my time is up. So thank you. Thank you very much. Rebuttal. Thank you, Your Honors. I guess I have to ask you, how can we approach this case as a political or religious case when the way it's presented to the court comes as a social group, as it were? And, I mean, if we did that, why don't we just be the I.J. here? I mean, you know, how do we do that? Because it takes us looking at the country report, making factual findings that aren't real. It seems that that sort of turns this process on its head. Yes, Your Honor. I appreciate that question, and I can respond to it. The initial attorney that represented the Petitioners was later, for other reasons, disbarred, and they sought the counsel of another attorney who, in fact, made it an issue. He quoted in his reply brief to the Board of Immigration Appeals the case of BORJA, which stands for the proposition that we will not submit to the aggressor's demands, that extortion plus, that extortion based at least in part on a political opinion creates the necessary nexus to find that persecution resulted as the basis of a political opinion and that there should be some protection based on the enumerated grounds that we have. That argument was never addressed by the Board. They made a specific finding that we find that there were criminal organizations that targeted the and that members, you know, targeted our client, the respondents, but that they are not in a social group. They never approached the issue of, well, is there a political opinion? What about the case of BORJA? So I believe it is properly in front of the Court, and we have in our briefing at least attributed a portion of our argument to the fact that there is a political opinion, that you can have a political opinion framed or couched in a social group, and that's really what this case is about. And this is not a case of local gangs or mafia persecution. This is a case of government persecution. Petitioner specifically recognized, and the record points out to the fact that there were members of the KGB that she recognized when she was assaulted, when her son was assaulted. They reported it numerous times to the authorities. They were driven out of business. Their life was threatened. The petitioner female lost her ability to conceive children after she had a miscarriage because of one of the beatings. We believe that this case is properly before the Court, and we believe that this Court has the ability, it has the power to shape this law to, as all of you judges have said, that this is truly a capitalist system. This is a way of life, and we have to look at it, not in the vacuum that it's in, but as a global issue. Thank you. All that material you've referred to is in our record. I would take up the next matter, then, involving
judges: Pregerson, Ferguson, Callahan